WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Robert F Lucero,<br><br>  Defendant. | No. 19-04314MJ-001-PHX-CDB<br><br>**ORDER** |

On November 5, 2019, Defendant appeared with counsel before this Court on a petition for revocation of supervised release. Following a Removal Hearing the parties presented argument and proffer as to whether the defendant should be released. The Court considered the petition and file in determining whether Defendant should be released on conditions set by the Court.

The Court further finds, pursuant to Rule 32.1(a)(6), that Defendant has failed to show by clear and convincing evidence that he is not a flight risk nor a danger.

IT IS HEREBY ORDERED that the Defendant shall be bound over for further proceedings on the petition to revoke his supervised release.

IT IS FURTHER ORDERED that the Defendant is detained as a flight risk and a danger, pending further revocation proceedings.

Dated this 8th day of November, 2019.

_____
Camille D. Bibles
United States Magistrate Judge